IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC G. SMITH, et al., | § § § § | |
| Appellants, | § § | Civil Action No. C-07-126 |
| v. | § § | (Lead Case) |
| MICHAEL B. SCHMIDT, TRUSTEE, | § § | |
| Appellee. | § § § | |

| | | |
|---|---|---|
| ERIC G. SMITH, et al., | § § § § | |
| Appellants, | § § | Civil Action No. C-07-286 |
| v. | § § | (Member Case) |
| MICHAEL B. SCHMIDT, TRUSTEE, | § § | |
| Appellee. | § § § | |

### ORDER CONSOLIDATING ACTIONS

Appellants Eric G. Smith and Janet D. Smith have filed two separate appeals of orders entered by the Honorable Richard Schmidt of the United States Bankruptcy Court for the Southern District of Texas (Appeals in Case Nos. 07-126 and 07-286).

In Case No. 07-126, Appellants Eric G. Smith and Janet D. Smith appealed Bankruptcy Court Order No. 390 in Case No. 05-21079-C-7, In re Eric G. and Janet D. Smith. Bankruptcy Court Order No. 390 granted the Trustee's motion for turnover of certain property.

In Case No. 07-286, Appellants Eric G. and Janet D. Smith

appealed Bankruptcy Court Order No. 440 in Case No. 05-21079-C-7, In re Eric G. and Janet D. Smith.  Bankruptcy Court Order No. 440 authorized the sale of the certain stock and/or membership certificates by the Trustee to C5 Communications, Inc.[1]

Because these appeals involve common questions of law and fact, consolidation of the appeals is proper pursuant to Federal Rule of Civil Procedure 42(a) ("when actions involving a common question of law or fact are pending before the court ... it may order all the actions consolidated"); see also Miller v. United States Postal Serv., 729 F.2d 1022, 1036 (5th Cir. 1984).[2]

Therefore, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Court hereby CONSOLIDATES the bankruptcy appeals pending in Case Nos. 07-126 and 07-286.  Case No. 07-126 is hereby designated as the lead case, and Case No. 286 is hereby designated as a member case.  All future pleadings shall be filed in Case No. 07-126.  The caption of the consolidated action will be

---

[1] Of note, Appellants previously filed other appeals of various Bankruptcy Court orders in Case Nos. 07-123 and 07-124. The appeals in Case Nos. 07-123 and 07-124 were DISMISSED by this Court on June 7, 2007 (D.E. 18, 19, Case No. 07-123).  Case No. 07-126 was previously consolidated with Case Nos. 07-123 and 07-124, with Case No. 07-123 as the lead case.  After dismissal of Case Nos. 07-123 and 07-124, Case No. 07-126 proceeded as a stand-alone bankruptcy appeal.

[2] The Court notes that Appellants Eric G. and Janet D. Smith have requested that the appeal in Case No. 07-286 be consolidated with the currently pending appeal in Case No. 07-126.  (See D.E. 3, Case No. 07-286, Amended Notice of Appeal and Request for Consolidation).

re-aligned to conform to the above-styled caption.

SIGNED and ENTERED this 13th day of July, 2007.

_____
Janis Graham Jack
United States District Judge